IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Michael Cook,<br><br>      Plaintiff,<br>  v.<br><br>Jo-Anne Barnhart,<br>Commissioner, Social Security Administration,<br><br>      Defendant. | NO. C 07-05391 JW<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DISMISSING COMPLAINT** |

Pursuant to 28 U.S.C. § 1915(a), Michael Cook has filed an Application to Proceed in Forma Pauperis based on his declaration of poverty. (See Docket Item No. 2.) The Application is GRANTED.

Pursuant to 28 U.S.C. § 1915(d), the Court has examined the tendered Complaint. The Complaint seeks judicial review of a final decision of the commissioner of social security. The Court finds Plaintiff's claims in this case duplicative to the claims raised in Michael Cook v. Jo-Anne Barnhart, Commissioner, Social Security Administration, C 07-5085 JW. Accordingly, the Court DISMISSES the Complaint as duplicative. All future filings shall only be filed in C 07-05085 JW.

The Clerk shall close this file.

Dated: January 3, 2008

                                                         JAMES WARE<br>
                                                         United States District Judge

United States District Court
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Michael Charles Cook
   T-79529
3  CSP New Folsom
   P. O. Box 290066
4  Represa, Ca 95671-0066

5

6  **Dated:  January 3, 2008**                    **Richard W. Wieking, Clerk**

7
                                                  **By:   /s/ JW Chambers                    **
8                                                      **Elizabeth Garcia**
        **Courtroom Deputy**
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28